pany of Scranton, Pa. No opinion. Motion for leave to appeal to the Court of Appeals granted.

BUFFALO LOAN, TRUST & SAFE-DEPOSIT CO. v. WEBB. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by the Buffalo Loan, Trust & Safe-Deposit Company against Seward Webb. No opinion. Judgment affirmed, without costs of this appeal to either party, both having appealed, on authority of case of same plaintiff against Carstensen, 107 App. Div. 128, 94 N. Y. Supp. 907.

In re BUFFALO, L. & N. RY. CO. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) In the matter of the application of the Buffalo, Lockport & Niagara Railway Company for the appointment of commissioners. Application granted. No opinion. Order appointing J. P. Varnum, Nelson J. Tubbs, and Thomas W. Ford, of the city of Rochester, commissioners, to be settled by and before Mr. Justice NASH on two days' notice.

BULL, Respondent, v. FINN, Appellant. (Supreme Court, Apepllate Division, First Department. December 21, 1906.) Action by Elizabeth A. Bull, as administratrix, against William E. Finn. A. I. Elkus, for appellant. L. S. Phillips, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BURNETT et al. (Supreme Court, Appellate Division, First Department. December 28, 1906.) In the matter of James G. Burnett and others. No opinion. Motion granted, and time extended to January 1, 1908. Order filed.

BURNS, Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Peter Burns against the Delaware & Hudson Company. No opinion. Motion denied.

BURT, Respondent, v. GEM BOTTLE & SUPPLY CO., Appellant. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by John A. Burt against the Gem Bottle & Supply Company. From a judgment for plaintiff, defendant appeals. Modified and affirmed. John G. Simpson, for appellant. George N. Boehm, for respondent.

PER CURIAM. It seems that the evidence of the witness Tibby should have been convincing that the balance due plaintiff was $215.26. Accordingly, the judgment will be modified by reducing it to this amount, and, as so modified, will be affirmed, without costs. No error requiring reversal appears in the record.

BUTLER, Respondent, v. BARBER, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Violet A. Butler against Amzi L. Barber. J. J. Cunneen, for appellant. A. P. Wilkes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CAMPBELL, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by George G. Campbell against the Rochester Railway Company.

PER CURIAM. Order reversed, with costs, and motion denied.

SPRING and KRUSE, JJ., dissent.

CARITEY, Appellant, v. EGGERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Jules Constant Caritey against Frederick H. Eggers and another. No opinion. Order affirmed, with $10 costs and disbursements. See 100 N. Y. Supp. 603.

CARNEY, Appellant, v. MINNESOTA DOCK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by John Carney against the Minnesota Dock Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent.

CARPENTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Robert B. Carpenter against the city of New York. No opinion. Motion denied. Order filed.

CARPENTER, Appellant, v. PIRNER, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Achilles Carpenter against Frank W. Pirner. No opinion. Motion granted, without costs. The return will be sent to the Appellate Term of the Supreme Court of the First Judicial District.

CARROLL, Respondent, v. MICHIGAN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Mary L. Carroll against the Michigan Mutual Life Insurance Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of evidence.

In re CARTIER (two cases). (Supreme Court, Appellate Division, First Department. November 16, 1906.) In the matter of Emmeline Cartier. No opinion. Motions granted, without costs. Orders filed.

CASBY, Respondent, v. LAWLESS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Edward Casby, an infant, etc., against Elizabeth J. Lawless and others.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents.